## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark A. McCall                                    CHAPTER 13

                    Debtor(s)

                                                         BKY. NO. 24-10733 AMC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and
index same on the master mailing list.


                                           Respectfully submitted,


                                           /s/ *Michael Farrington*
                                           Michael Farrington
                                           15 Mar 2024, 16:02:04, EDT


                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322