*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Mark A. McCall  )  Case No. 24–10733–amc
    )
    )
Debtor(s). ) Chapter: 13
    )
    )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/05/2024, this case is hereby DISMISSED.

**Date: March 21, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Credit Counseling
Means Test Calculation 122C2
Plan Due
Schedules A
Schedules B
Schedules C
Schedules D
Schedules E
Schedules F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities