United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10733-amc |
| Mark A. McCall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark A. McCall, P.O. Box 52, Villanova, PA 19085-0052 |
| cr | + | Fay Servicing, LLC as servicer for Civic Real Esta, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530 UNITED STATES 11530-1631 |
| 14865852 | + | AmeriHome Mortgage Company, LLC, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864150 | | Fay Servicing, LLC as servicer for, Civic Real Estate Holdings III,LLC, c/o FRIEDMAN VARTOLO, LLP, Attorneys for Movant, Franklin Ave., Suite 160 Garden City, NY 11530 |
| 14861531 | + | Kiavi, 2 Allegheny Center, Nova Tower 2, Suite 200, Pittsburgh PA 15212-5402 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2024 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14864267 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2024 00:40:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14864322 | + | Email/Text: dplbk@discover.com | Mar 22 2024 00:40:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14861530 | | Email/Text: LMitchell@myfci.com | Mar 22 2024 00:40:00 | FCI Lender Services, P.O. Box 27370, Anaheim CA 92809-0112 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 21, 2024 | Form ID: pdf900 | Total Noticed: 10 |

Date: Mar 23, 2024　　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

**Name**　　　　　　　　　　**Email Address**

KENNETH E. WEST

　　　　ecfemails@ph13trustee.com philaecf@gmail.com

LAUREN MOYER

　　　　on behalf of Creditor Fay Servicing LLC as servicer for Civic Real Estate Holdings III, LLC bkecf@friedmanvartolo.com

MICHAEL PATRICK FARRINGTON

　　　　on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC mfarrington@kmllawgroup.com

United States Trustee

　　　　USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Mark A. McCall   )   Case No. 24−10733−amc  
   Debtor(s).   )   Chapter: 13

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/05/2024, this case is hereby DISMISSED.

**Date: March 21, 2024**

_____  
Ashely M. Chan  
Judge, United States Bankruptcy Court

Missing Documents:  
Credit Counseling  
Means Test Calculation 122C2  
Plan Due  
Schedules A  
Schedules B  
Schedules C  
Schedules D  
Schedules E  
Schedules F  
Schedules G  
Schedules H  
Schedules I  
Schedules J  
Statement of Current Monthly Income (122C1)  
Statement of Financial Affairs  
Summary of Assets and Liabilities